IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT JASON DILLARD                                              PLAINTIFF

v.                          Civil No. 4:19-cv-04125

JAIL ADMINISTRATOR JANA TALLANT,                                 DEFENDANTS
*et. al.*

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Voluntarily Dismiss this case and have no filing fee assessed. (ECF No. 8).

In his Motion, Plaintiff correctly states that two identical cases have been filed in his name, apparently due to a clerical error. Defendants have not been served.

Accordingly, the Clerk is **DIRECTED** to treat this as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and **DISMISS** this case **WITHOUT PREJUDICE**. The Clerk is **FURTHER DIRECTED** to return to Plaintiff any filing fees collected and stop any further collections for this case.

IT IS SO ORDERED this 14th day of November 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1